600 F.2d 1331
 Odell MARSHALL, Petitioner and Appellant,
v.
Lawrence PUTNAM, Defendant and Appellee.
 No. 78-2718.
 United States Court of Appeals,
Ninth Circuit.
 July 2, 1979.
 
 1
 Barry Tarlow, Law Offices, Los Angeles, Cal., on briefs, for petitioner and appellant.
 
 
 2
 Mitchell A. Mars, Atty., U. S. Dept. of Justice, Washington, D.C., for defendant and appellee.
 
 
 3
 Before HUFSTEDLER, ANDERSON, Circuit Judges, and EAST,* Senior District Judge.
 
 ORDER
 
 4
 The judgment is affirmed. The issue was decided adversely to the appellant by the United States Supreme Court in United States v. Addonizio, --- U.S. ----, 99 S.Ct. 2235, 60 L.Ed.2d 805 (1979).
 
 
 5
 AFFIRMED.
 
 
 
 *
 Hon. William G. East, Senior District Judge, United States District Court for the District of Oregon, sitting by designation